

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00350-CV

**IN THE INTEREST OF L.A.G.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00823
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. The motion to withdraw as counsel is DENIED. It is ORDERED that no costs be assessed against Appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED September 19, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice